UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

CANDACE ANDERSON,
    Plaintiff,

 -vs-                                                    Case No. 2:15-cv-13732
                                                          Hon. Nancy G. Edmunds
                                                          Mag. Judge: Mona K. Majzoub

ENHANCED RECOVERY COMPANY, LLC,
MRS BPO, L.L.C. and
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,
    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL
## OF ENHANCED RECOVERY COMPANY, LLC ONLY

    Plaintiff voluntarily dismisses Enhanced Recovery Company, LLC, only, from this action. This dismissal is with prejudice and without sanctions, costs or attorney's fees to any party. This court shall retain jurisdiction only for the purpose of enforcing the settlement of this matter.

                                                            Respectfully Submitted,

                                                            LYNGKLIP & ASSOCIATES
                                                             CONSUMER LAW CENTER, PLC

                                                            By: /s/ Carl Schwartz
                                                           Carl Schwartz (P-70335)
                                                           Attorney for Candace Anderson
                                                           24500 Northwestern Highway, Suite 206
                                                           Southfield, Michigan 48075
                                                           (248) 208-8864
                                                           Carl@MichiganConsumerLaw.Com

Dated: December 24, 2015

## Certificate of Service

I, Carl Schwartz, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        Respectfully Submitted,

        LYNGKLIP & ASSOCIATES
        CONSUMER LAW CENTER, PLC

        By:  /s/ Carl Schwartz
        Carl Schwartz (P-70335)
        Attorney for Candace Anderson
        24500 Northwestern Highway, Suite 206
        Southfield, Michigan 48075
        (248) 208-8864
        Carl@MichiganConsumerLaw.Com

Dated: December 24, 2015