UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN--SOUTHERN DIVISION

CANDACE ANDERSON
    Plaintiff

-vs-                                       Case No. 2:15-CV-13732-NGE-MKM
                                              Hon. Nancy G. Edmunds
                                              Magistrate Judge: Mona K. Majzoub

MRS BPO, L.L.C., and
CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS,
    Defendant

---

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, are dismissed with prejudice and without costs, attorney fees or sanctions to Plaintiff or Verizon Wireless.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

                                                s/ Nancy G. Edmunds
                                                Honorable Nancy G. Edmunds

Date: August 4, 2016

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lyngklip (P47173) | s/ by consent  Steven Wells |
| Ian B. Lyngklip (P47173) | Steven Wells |
| Attorney For Plaintiff | Attorney for CellCo Partnership, d/b/a Verizon Wireless |
| Lyngklip & Associates Consumer Law Center, PLC | Schnelz Wells, P.C. |
| 24500 Northwestern Highway, Suite 2016 | 280 N. Old Woodward, Suite 250 |
| Southfield, MI 48075 | Birmingham, MI 48009 |
| PH: (248) 208-8864 | (248) 258-7074 |
| Ian@MichiganConsumerLaw.Com | swells@swlawpc.com |