UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN--SOUTHERN DIVISION

CANDACE ANDERSON
    Plaintiff

-vs-

ENHANCED RECOVERY COMPANY, LLC,
et al.
    Defendants

Case No. 2:15-CV-13732
Hon. Nancy G. Edmunds
Magistrate Judge: Mona K. Majzoub

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against MRS BPO, L.L.C., are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

s/ Nancy G. Edmunds
U.S. DISTRICT JUDGE

Entered: 12/21/16

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lyngklip ( P47173) | s/ by consent Deborah A. Lujan |
| Attorney For Plaintiff | Collins, Einhorn, |
| Lyngklip & Associates Consumer Law Center, PLC | 4000 Town Center Suite 909 |
| 24500 Northwestern Highway, Ste. 206 | Southfield, MI 48075-1473 |
| Southfield, MI 48075 | 248-355-4141 |
| PH: (248) 208-8864 | Email: Deborah.Lujan@CEFLawyers.com |
| Ian@MichiganConsumerLaw.Com | |

1